■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRK MASON, Appellant. [834 NYS2d 898]—Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered November 10, 2004. The judgment convicted defendant, upon a jury verdict, of sexual abuse in the first degree and endangering the welfare of a child.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of sexual abuse in the first degree (Penal Law § 130.65 [3]) and endangering the welfare of a child (§ 260.10 [1]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see People v Peckham*, 8 AD3d 1121 [2004], *lv denied* 3 NY3d 679 [2004]; *People v Pope* [appeal No. 1], 6 AD3d 1128 [2004], *lv denied* 3 NY3d 645 [2004]; *People v Jackson*, 4 AD3d 848, 849 [2004], *lv denied* 2 NY3d 801 [2004]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Contrary to his further contention, defendant was not deprived of effective assistance of counsel. "[T]he evidence, the law, and the circumstances of [this] case, viewed in totality and as of the time of the representation, reveal that [defendant's] attorney provided meaningful representation" (*People v Baldi*, 54 NY2d 137, 147 [1981]; *see generally People v Henry*, 95 NY2d 563, 565 [2000]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.